807 A.2d 810

IN THE MATTER OF PAUL W. DARE, AN ATTORNEY AT LAW.

October 17, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–02–051, concluding that **PAUL W. DARE** of **AVALON**, who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a)(failure to communicate with client) and *RPC* 1.15(b)(failure to deliver funds to which client is entitled);

And the Disciplinary Review Board having further concluded that respondent should be required to submit to the Office of Attorney Ethics within forty-five days of the Court's Order, a report by respondent's treating psychologist regarding respondent's current mental health status, and that respondent should continue psychotherapy until he obtains a report from a mental health professional approved by the Office of Attorney Ethics that he no longer requires psychotherapy;

And good cause appearing;

It is ORDERED that **PAUL W. DARE** is hereby reprimanded; and it is further

ORDERED that within forty-five days of the filing date of this Order, respondent shall submit to the Office of Attorney Ethics a report by respondent's treating psychologist regarding respondent's current mental health status; and it is further

ORDERED that respondent shall continue psychotherapy until he obtains a report from a mental health professional approved by the Office of Attorney Ethics stating that respondent no longer requires psychotherapy; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.